CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Zarian**, <br> Plaintiff, <br> v. <br> **6356 Van Nuys, LLC,** a California Limited Liability Company; <br> Defendants. | **Case No**. 2:16-CV-08927-DMG-SS <br><br> **Plaintiff's Response to Order to Show Cause** <br><br> **Date: 3/17/2017** <br> **Time: N/A** <br> **Courtroom:** <br><br> **Honorable: Segal Suzanne H** |

<u>DECLARATION OF DENNIS PRICE</u>

1. I, the undersigned, am an attorney of record for the Plaintiff and admitted to practice law in all courts in the State of California including the district court in which this matter is being heard.

1

2. I have personal knowledge of the foregoing and if called to testify to them I could do so competently.

3. Since filing the instant complaint on December 2, 2016, Plaintiff attempted to serve the matter beginning December 13, 2016 with at least six separate attempts at three different addresses. None of the attempted addresses were successful. The located "place of business" was determined to be "virtual office space" which does not appear to be an actual regular place of business

4. Plaintiff has been in touch with counsel for Defendant in attempts to obtain consent to accept service on behalf of Defendant. Plaintiff also sent a Notice and Acknowledgment. However, these requests did not receive a response.

5. On March 17, 2017 Plaintiff filed a request to serve Defendant via the Secretary of State as the agent of process is unreachable.

6. Plaintiff's failure to timely serve is not a lack of diligence, but an instance of attempted service that was merely unsuccessful. Plaintiff has taken steps to remedy the failed service and still intends to prosecute his complaint. Plaintiff requests that the court

2

not issue sanctions as any failures are a result of bona fide attempts to serve and reasonable efforts.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: March 17, 2017   CENTER FOR DISABILITY ACCESS

By: __/s/ Dennis Price_____
Dennis Price, Esq.
Attorneys for Plaintiff